**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

_____

ROBERT LADUKE,

                Petitioner,

         -v-                              9:24-CV-748 (AJB/MJK)

MARK MILLER,

                Respondent.

_____

APPEARANCES:                          OF COUNSEL:

ROBERT LADUKE
Petitioner, Pro Se
19-A-0999
Eastern NY Correctional Facility
Box 338
Napanoch, NY 12458

HON. LETITIA JAMES                JAMES FOSTER GIBBONS, ESQ.
New York State Attorney General    Assistant Attorney General
Attorneys for Respondent
28 Liberty Street
New York, NY 10005

**Hon. Anthony Brindisi, U.S. District Judge:**

## ORDER ON REPORT & RECOMMENDATION

On June 6, 2024, *pro se* petitioner Robert LaDuke ("petitioner") filed this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Dkt. No. 1. Along with his petition, petitioner moved for leave to proceed *in forma pauperis* ("IFP Application"). Dkt. No. 3. The matter was initially assigned to U.S. District Judge David N. Hurd, who granted petitioner's IFP Application, Dkt. No. 5, and referred to U.S. Magistrate Judge Mitchell J. Katz, who ordered respondent to serve an answer to the petition and provide the Court with the relevant state-court records, Dkt.

No. 6.  Thereafter, the petition was fully briefed.  Dkt. Nos. 14, 17, 24.  The matter has since been reassigned to this Court but remained referred to Judge Katz.  Dkt. No. 19.

On May 19, 2026, Judge Katz advised by Report & Recommendation ("R&R") that the petition be denied and dismissed.  Dkt. No. 26.  There, Judge Katz determined that petitioner's various claims were either not cognizable in habeas or meritless.  *See id*. at 14.  Accordingly, Judge Katz recommended that no certificate of appealability should be issued.  *See id*. at 26.

Respondent has lodged objections.  Dkt. No. 27.  Briefly stated, respondent agrees that Judge Katz's bottom-line conclusion—that habeas relief should be denied—is correct.  However, respondent contends that this Court should reject one factual finding (that the Appellate Division rejected a theory of ineffective-assistance that was not squarely presented to that tribunal) and one legal conclusion (about how ineffective-assistance claims based on state-law issues are reviewed consistent with AEDPA).  *See id*.

Petitioner has not responded to the objections, and the time period in which to do so has expired.  *See* Dkt. No. 27.  Upon *de novo* review, and particularly in the absence of any objection from petitioner, the Court agrees with respondent about the two narrow issues identified in the objections that have been filed at Dkt. No. 27.  Accordingly, the R&R is accepted as modified and will be adopted.  *See* 28 U.S.C. § 636(b)(1)(C).

Therefore, it is

ORDERED that

1.  The Report & Recommendation (Dkt. No. 26) is ACCEPTED as modified;

2.  The petition (Dkt. No. 1) is DENIED and DISMISSED; and

3.  No Certificate of Appealability will be issued.

The Clerk of the Court is directed to terminate the pending motion, enter a judgment accordingly, and close the file.

**IT IS SO ORDERED.**

Dated:  June 24, 2026
          Utica, New York.

Anthony J. Brindisi
U.S. District Judge